UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

UNITED STATES OF AMERICA

V.                                                                           21-CR-302-(BMC-PK)

ZHI DONG ZHANG,                                            NOTICE OF MOTION TO
Also known as "GG, "Kun Li Hernandez"    ADMIT COUNSEL *PRO HAC VICE*
"Chang Li Gong Sun" and "Memo"

DEFENDANT
-------------------------------------------------X

## NOTICE OF APPEARANCE

I wish to enter my appearance as counsel for the above-named defendant in this cause. I understand that it is my duty to continue to represent the named defendant in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; unless and until, after written motion filed by me, I am relieved by the Order of the Court.

DATED:  October 30, 2025

                                                              Respectfully submitted,

                                                            *Frank A. Perez*
                                                           FRANK A. PEREZ
                                                           Sate Bar No. 00789541
                                                          Law Office of Frank A. Perez
                                                          9110 Scyene Rd.
                                                          Dallas, Texas  75227
                                                          Telephone: (214) 828-9911
                                                          Facsimile: (214) 828-2104
                                                          Email:  fperez@frankperezlaw.com

ENTRY OF APPEARANCE – Page 1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October, 2025 the foregoing Notice of Appearance was filed electronically with the clerk of the United States District Court for the Eastern District of New York to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney and all other counsel.

/s/ *Frank A Perez*
Frank A Perez

ENTRY OF APPEARANCE – Page 2