

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MG
F. #2019R01654

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 20, 2026

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Zhi Dong Zhang
> Criminal Docket No. 21-302 (S-2) (BMC)

Dear Judge Cogan:

A status conference is scheduled for July 27, 2026.  The parties respectfully request that the Court adjourn the status conference for approximately 90 days.  The defendant's criminal case is still proceeding in the Northern District of Georgia (No. 22-CR-294) with a status conference scheduled for August 11, 2026, and the parties in the instant case are engaged in plea negotiations, such that the additional time will allow us to determine if this matter can be resolved without the need for a trial.  The parties further request that the Court exclude the time under the Speedy Trial Act as being in the interest of justice because of the ongoing plea negotiations.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/ Miranda Gonzalez
Miranda Gonzalez
Vincent Chiappini
Rebecca Urquiola
Assistant U.S. Attorneys
(718) 254-7000

cc:   Clerk of Court (BMC)
Defense counsel